IN THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DAVID MYLES                                                                                              PLAINTIFF

VS.                                                                CIVIL ACTION NO. 5:05cv198DCB-JSC

JOSEPH C. MAYO; HARPER TRUCK LINE, INC.;
JOHN DOES 1-10; AND XYZ CORPORATIONS 1-10                                DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the   23rd  day of    October   , 2006.

                                                                   s/ David Bramlette
                                                        UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

 s/Philip E. Carby
PHILIP E. CARBY, ESQ.
ANTHONY A. HEIDELBERG, ESQ.
ATTORNEYS FOR PLAINTIFF

 s/Victoria Hardy Rundlett
B. STEVENS HAZARD, ESQ.
VICTORIA HARDY RUNDLETT, ESQ.
ATTORNEYS FOR DEFENDANTS

4570-114836/ba